UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
FEB 0  2005
U.S. DISTRICT COURT
HARTFORD, CONN.

FILED
2005 FEB 11 P 2: 55

DOREEN OTCHERE,
Plaintiff,

v.

Case No. 3:05CV269 (PCD)
(To be supplied by the Court)

SUN SCRIPT PHARMACY,
Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 213 Long Hill Rd South Windsor, CT 06074

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 40 Cold Spring Road Rocky Hill, CT 06067

Person to be Served: Cathryn M. Anwyl, Vice President of Human Resources, 8615 Freeport Parkway, Suite #225
Correspondence to → Irving, Texas 75063

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Date of Birth is: 9/24/54

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which

constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

___    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ____    Failure to hire me. I was refused a job on the following date(s): _____.

(B) _X_    Termination of my employment. I was terminated from my employment on the following date: __4/15/03__.

(C) ____    Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ____    Other acts as specified below:

_____
_____
_____
_____

5.    The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [ ], religion [ ], sex [ ], age [ ], national origin [X] or disability [X]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _Different treatment was given to me than others in all these areas._

2

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

Some people came to work late all the time but nothing was done about it, and yet if I was late, they would give me a written warning and eventually to my dismissal. I had back pains so the (my) Doctor ordered me to sit down to do my work. I was treated differently than the others, those people were still employed by this defendant when I left.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: _over 25_

8. The alleged discrimination occurred on or about the following date(s) or time period: _4/15/03 at about 2:00 pm_.

9. I filed charges with the:

    ___ Equal Employment Opportunity Commission

    _X_ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached), which I received on or about the following date: _11/10/04_

[NOTE: If you filed charges with the EEOC or the CHRO, you MUST attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

3

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: The defendant failed to provide crucial documents needed for the case which would have helped with my case.

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that:

The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    \_\_ Injunctive orders (specify the type of injunctive relief sought): _____;

    [X] Backpay;

    \_\_ Reinstatement to my former position;

    [X] Monetary damages (specify the type(s) of monetary damages sought): $15,000.00 ;

    \_\_ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____;

    AND costs and attorneys' fees.

4

## JURY DEMAND

I hereby DO __X__ DO NOT _____ demand a trial by jury.

_____
Original signature of attorney (if any)

_____
Printed Name

_____

_____

( ) _____
Attorney's full address and telephone

_____
Email address if available

Dated: __2/9/05__

*Doreen Otchere*
**Plaintiff's Original Signature**

DOREEN OTCHERE
Printed Name

213 Long Hill Road
South Windsor, CT 06074
(860) 436-4729
Plaintiff's full address and telephone

DOBritish14@hotmail.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __United States Dist. Court at Hartford__ on __02-09-05__
             (location)                                    (date)

*Doreen Otchere*
**Plaintiff's Original Signature**

(Rev. 8/25/04)

5

## DISMISSAL AND NOTICE OF RIGHTS

To: Doreen Otchere
213 Longhill Road
South Windsor, CT 06074

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2003-01531 | Anne R. Giantonio, Intake Supervisor X | (617) 565-3189 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)    **Charging Party is pursuing a claim in another forum.**

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Area Office Director

NOV - 9 2004
(Date Mailed)

Enclosure(s)

cc: SUNSCRIPT PHARMACY
40 Cold Spring Road
Rocky Hill, CT 06067