```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

-------------------------------x
                               :
DOREEN OTCHERE,                :
                               :
     Plaintiff,                :
                               :
v.                             :    CASE NO. 3:05CV00269(AWT)
                               :
SUNSCRIPT PHARMACY             :
CORPORATION,                   :
                               :
     Defendant.                :
                               :
-------------------------------x
```

## ORDER RE MOTION TO DISMISS

For the reasons set forth below, the defendant's Motion to Dismiss (Doc. No. 26) is hereby GRANTED. As discussed in detail in the defendant's Memorandum of Law in Support of Motion to Dismiss (Doc. No. 27) ("the Defendant's Memorandum"), the Complaint is untimely because it was not filed within ninety (90) days of receipt of a Notice of Right to Sue Letter. See Defendant's Memorandum at 3-5. In addition, to the extent the plaintiff includes in the Complaint a claim for age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., the plaintiff failed to exhaust her administrative remedies with respect to this claim for the reasons detailed at pages 5-6 of the Defendant's Memorandum.

The court notes that special notice was given to the pro se plaintiff informing her of her opportunity to respond to the

motion to dismiss, together with an extension of time in which to file a response.

Accordingly, this case should be dismissed. The Clerk shall close this case.

It is so ordered.

Dated this 4th day of April 2007 at Hartford, Connecticut.

                                       /s/AWT
                              Alvin W. Thompson
                     United States District Judge